# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROYAL CROWN BOTTLING COMPANY OF CHICAGO | § | Case No. 12-01988 |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2012 .   The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $      236,168.73

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 28,056.68 |
| Bank service fees | 5,872.31 |
| Other payments to creditors | 13,985.17 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]      $      188,254.57

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/11/2013  and the deadline for filing governmental claims was  01/11/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,058.44 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 15,058.44 , for a total compensation of $ 15,058.44 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 300.69 , for total expenses of $ 300.69 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2017                    By:/s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-01988 | BWB | Judge: | Bruce W. Black |
| Case Name: | ROYAL CROWN BOTTLING COMPANY OF CHICAGO | | | |
| For Period Ending: | 08/03/2017 | | | |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Date Filed (f) or Converted (c): | 01/20/2012 (f) |
| 341(a) Meeting Date: | 02/15/2012 |
| Claims Bar Date: | 01/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Undeveloped Property in Hillsborough County, Flori | Unknown | 0.00 | | 115,000.00 | FA |
| 2.  Checking Account:  006925XXXX Cole Taylor Bank 225 | 21,989.59 | 21,989.59 | | 21,990.15 | FA |
| 3.  Money Market Account:  007116XXXX Cole Taylor Bank | 6,646.24 | 6,646.24 | | 6,646.24 | FA |
| 4.  Reliance Insurance Company c/o Gallagher Bassett S | Unknown | 0.00 | | 49,392.06 | FA |
| 5.  Continental Casualty Company c/o Gallagher Bassett | Unknown | 0.00 | | 0.00 | FA |
| 6.  Profits Participation Agreement for site commonly | Unknown | 0.00 | | 0.00 | FA |
| 7.  Liquidation of Misc interests               (u) | Unknown | 0.00 | | 15,640.28 | FA |
| 8.  Preference/fraudulent settlement            (u) | 0.00 | 27,500.00 | | 27,500.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $28,635.83 | $56,135.83 | $236,168.73 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidation of bank accounts 2/17/2012. Trustee working with the Pension Benefit Guaranty Company to transfer management of pension to federal agency 4/4/2012. Agreement with the PBGC approved for transfer of employee pension 9/12/2012.  Employed broker for FL RE- sold after price reduction 12/26/2013. Employed atty for pref and fraud transfers-settlement finalized 4/12/2014. Awaiting 3 years holding period for release of self insured workers compensation funds to be released early 2016, Working on resolving claims review issues continues between two claimants as to priority--trustee is awaiting resolution between two claimants 7-15-2016.

RE PROP #          8  --   Settlement proceeds for Preferential and fraudulent claims against officers of debtor corporation.

Initial Projected Date of Final Report (TFR): 12/31/2013          Current Projected Date of Final Report (TFR): 03/30/2017

Page: 1

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-01988
Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO

Taxpayer ID No: XX-XXX4008
For Period Ending: 08/03/2017

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4853
Checking Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $140,639.89 | | $140,639.89 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $47.20 | $140,592.69 |
| 04/08/14 | 7 | TREASURY, U.S. US Disrict CourtChicago, IL | Unclaimed Funds #01-03786 | 1229-000 | $14,849.18 | | $155,441.87 |
| 04/12/14 | 8 | CHARTER ONE BANK Re: Officers of Royal Crown | Settlement on Pref/Fraud Transfers | 1241-000 | $27,500.00 | | $182,941.87 |
| 04/29/14 | 5001 | DEUTCHMAN, WILLIAM D. 28650 Fairmont Blvd.Pepper Pike, OH 44124-4538 | Per Court Order April 25, 2014 Collection Agent for Unclaimed Funds. | 3991-000 | | $3,712.30 | $179,229.57 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $241.03 | $178,988.54 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $266.81 | $178,721.73 |
| 06/17/14 | 5002 | ADAMANY, MICHAEL | PER 6-12-14 O/C REIMBURSE SHIPPING COSTS ON ABANDONED RECORDS | 2990-000 | | $710.54 | $178,011.19 |
| 06/24/14 | 5003 | LLOYD, DAVID 615B S. LaGrange Rd.LaGrange, IL 60525 | Per 6/20/14 o/c Atty for Trustee Fees $7,770.00 Atty for Trustee Costs $1,247.77 Period 9/7/12 to 4/8/14 | | | $9,017.77 | $168,993.42 |
| | | DAVID LLOYD | Per 6/20/14 o/c                  ($7,770.00) | 3210-000 | | | |
| | | LLOYD, DAVID | Per 6/20/14 o/c                  ($1,247.77) | 3220-000 | | | |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $255.40 | $168,738.02 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $251.12 | $168,486.90 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $250.49 | $168,236.41 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $242.07 | $167,994.34 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $249.76 | $167,744.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                    Page Subtotals:                    $182,989.07          $15,244.49

Case 12-01988    Doc 73    Filed 08/10/17    Entered 08/10/17 15:35:04    Desc Main
Document    Page 5 of 15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-01988 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX4853 | |
| | | Checking Account |
| Taxpayer ID No: XX-XXX4008 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $241.35 | $167,503.23 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $249.01 | $167,254.22 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $248.67 | $167,005.55 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $224.26 | $166,781.29 |
| 03/19/15 | 5004 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND | 2300-60 | | $161.76 | $166,619.53 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $247.94 | $166,371.59 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $239.37 | $166,132.22 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $246.99 | $165,885.23 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $238.65 | $165,646.58 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $246.27 | $165,400.31 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $245.91 | $165,154.40 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $237.63 | $164,916.77 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $245.18 | $164,671.59 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $236.92 | $164,434.67 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $244.47 | $164,190.20 |
| 03/17/16 | 5005 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $90.92 | $164,099.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:                    $0.00          $3,645.30

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-01988

Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO

Taxpayer ID No: XX-XXX4008

For Period Ending: 08/03/2017

Trustee Name: Peter N. Metrou, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX4853

Checking Account

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/16 | 4 | Reliance Insurance Company<br>Three Parkway<br>Philadelphia, PA 19102-1376 | Liquidation proceeds from Sch B Property | 1129-000 | $24,262.00 | | $188,361.28 |
| 02/07/17 | 5006 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND PAYMENT | 2300-000 | | $106.71 | $188,254.57 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $207,251.07 | $18,996.50 |
| Less: Bank Transfers/CD's | $140,639.89 | $0.00 |
| Subtotal | $66,611.18 | $18,996.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $66,611.18 | $18,996.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*        Page Subtotals:        $24,262.00        $106.71

Case 12-01988   Doc 73   Filed 08/10/17   Entered 08/10/17 15:35:04   Desc Main
Document   Page 7 of 15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-01988 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX5874 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4008 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/12 | | ROYAL CROWN BOTTLING COMPANY OF CHI 1089 Zygmunt CircleWestmont, IL 60559 | LIQ OF CHECKING ACCOUNT | | | $28,636.39 | | $28,636.39 |
| | | | Gross Receipts | $28,636.39 | | | | |
| | 2 | | Checking Account: 006925XXXX Cole Taylor Bank 225 | $21,990.15 | 1129-000 | | | |
| | 3 | | Money Market Account: 007116XXXX Cole Taylor Bank | $6,646.24 | 1129-000 | | | |
| 12/24/12 | 7 | GAMHC (Great American Mutual Holding Company)c/o Computershare, INc.250 Royall St.Canton, MA 02021 | REFUND | | 1229-000 | $791.10 | | $29,427.49 |
| 02/07/13 | 1001 | INTERNATIONAL SURETIES, LTD SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BOND PAYMENT | | 2300-000 | | $28.79 | $29,398.70 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | | 2600-000 | | $31.21 | $29,367.49 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4-13 | | 2600-000 | | $30.19 | $29,337.30 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | | 2600-000 | | $31.15 | $29,306.15 |
| 07/23/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 6/13 | | 2600-000 | | $30.11 | $29,276.04 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | | 2600-000 | | $31.08 | $29,244.96 |
| 09/14/13 | | CONGRESSIONAL BANK | bank service fees - 8/13 | | 2600-000 | | $31.05 | $29,213.91 |
| 09/24/13 | 4 | RELIANCE INSURANCE COMPANY Three ParkwayPhiladelphia, PA 19102-1376 | REFUND OF INS DEPOSIT | | 1129-000 | $22,987.06 | | $52,200.97 |
| 10/10/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 9/13 | | 2600-000 | | $34.75 | $52,166.22 |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | | 2600-000 | | $55.38 | $52,110.84 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $52,414.55          $303.71

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-01988

Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO

Taxpayer ID No: XX-XXX4008

For Period Ending: 08/03/2017

Trustee Name: Peter N. Metrou, Trustee

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX5874

Checking Account

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 12/13 | 2600-000 | | $53.55 | $52,057.29 |
| 12/17/13 | 4 | RELIANCE INSURANCE COMPANY Three ParkwayPhiliadelphia, PA 19102-1376 | REFUND OF INS DEPOSIT | 1129-000 | $2,143.00 | | $54,200.29 |
| 12/26/13 | | MAJESTY TITLE SERVICES, LLC 4006 S. MacDill AvenueTampa, FL 33611 | SALE OF VACANT LAND | | $87,042.71 | | $141,243.00 |
| | | | Gross Receipts       $115,000.00 | | | | |
| | | BROKER FEE BROKER FEE | BROKER FESS       ($11,500.00) | 3510-000 | | | |
| | | | BACK TAXES       ($13,985.17) | 4700-000 | | | |
| | | | CLOSING COSTS       ($2,472.12) | 2500-000 | | | |
| | 1 | | Undeveloped Property in       $115,000.00 Hillsborough County, Flori | 1110-000 | | | |
| 02/06/14 | 1002 | INTERNATIONAL SURETIES, LTD SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $255.77 | $140,987.23 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $62.26 | $140,924.97 |
| 02/08/14 | | CONGRESSIOANL BANK | BANK SERVICE FEES | 2600-000 | | $149.90 | $140,775.07 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $135.18 | $140,639.89 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | $140,639.89 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $141,600.26 | $141,600.26 |
| Less: Bank Transfers/CD's | $0.00 | $140,639.89 |
| Subtotal | $141,600.26 | $960.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $141,600.26 | $960.37 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals:       $89,185.71       $141,296.55

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4853 - Checking Account | $66,611.18 | $18,996.50 | $188,254.57 |
| XXXXXX5874 - Checking Account | $141,600.26 | $960.37 | $0.00 |
| | $208,211.44 | $19,956.87 | $188,254.57 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $27,957.29 |
| Total Net Deposits: | $208,211.44 |
| Total Gross Receipts: | $236,168.73 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-01988-BWB                                                                          Date: August 3, 2017
Debtor Name: ROYAL CROWN BOTTLING COMPANY
OF CHICAGO
Claims Bar Date: 1/11/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 3210 | DAVID LLOYD 615B S. LaGrange Rd. LaGrange, IL 60525 | Administrative Payment Status: Valid To Pay | | $0.00 | $7,770.00 | $7,770.00 |
| 1 3220 | DAVID LLOYD 615B S. LaGrange Rd. LaGrange, IL 60525 | Administrative Payment Status: Valid To Pay | | $0.00 | $1,247.77 | $1,247.77 |
| 10 2100 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $15,058.44 | $15,058.44 |
| 10 2200 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $300.69 | $300.69 |
| 1 40 5800 | HILLSBOROUGH COUNTY TAX COLLECTOR Attn Doug Belden Po Box 172920 601 E. Kennedy Blvd 14th Floor Tampa, FL 33672 | Priority Payment Status: Withdrawn | taxes paid - will withdraw per 7-21-15 t/c | $0.00 | $3,953.81 | $0.00 |
| 3 70 7100 | JAMES R. ACANFORA 642 Lake Trail Drive Palos Park, IL 60464 | Unsecured Payment Status: Invalid | Invalid per court order dkt. number 61. | $0.00 | $0.00 | $0.00 |
| BOND 100 2300 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Administrative Payment Status: Valid To Pay | Bond Payment | $0.00 | $161.76 | $161.76 |
| BOND 100 2300 | International Sureties 701 Poydras Street New Orleans, LA 70139 | Administrative Payment Status: Valid To Pay | | $0.00 | $28.79 | $28.79 |
| BOND 100 2300 | International Sureties 701 Poydras Street New Orleans, LA 70139 | Administrative Payment Status: Valid To Pay | BOND | $0.00 | $106.71 | $106.71 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-01988-BWB                                                                                                Date: August 3, 2017

Debtor Name: ROYAL CROWN BOTTLING COMPANY

OF CHICAGO

Claims Bar Date: 1/11/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>100<br>2300 | International Sureties<br>420701 Poydras St.<br>New Orleans, LA 70139 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $255.77 | $255.77 |
| 100<br>3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,047.00 | $3,047.00 |
| 100<br>3991 | William Deutchman | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,712.30 | $3,712.30 |
| 4A<br>240<br>5400 | PENSION BENEFIT<br>GUARANTY CORPORATIO<br>Attn: Vicente Matias Murrell,<br>Attorney<br>Office of the Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Priority<br>Payment Status:<br>Valid To Pay | (4-1) Statutory Liability to the Retirement Plan for Employees of Royal Crown Bottling Company of Chicago for unpaid minimum funding contributions under 26 U.S.C. sections 412 and 430, 29 U.S.C. sections 1082, 1342 and 1362(c).<br>(4-1) See attached Statem<br>Per c/o Dkt# 71 | $0.00 | $11,236.00 | $11,236.00 |
| 2<br>300<br>7100 | SOFT DRINK INDUS. LOC.710<br>PEN. FUND<br>200 West Jackson Blvd.<br>Suite 1900<br>Chicago, IL 60606 | Unsecured<br>Payment Status:<br>Valid To Pay | (2-1) Multi-employer Pension Plan Withdrawal Liability | $0.00 | $2,590,638.00 | $2,590,638.00 |
| 4B<br>300<br>7100 | PENSION BENEFIT<br>GUARANTY CORPORATIO<br>Pension Benefit Guaranty<br>Corporation | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $13,720,456.00 | $13,720,456.00 |
| 5<br>300<br>7100 | PENSION BENEFIT<br>GUARANTY CORPORATIO<br>Attn: Vicente Matias Murrell,<br>Attorney<br>Office of the Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Unsecured<br>Payment Status:<br>Invalid | (5-1) Statutory Liability under 29 U.S.C. section 1307 on account of the Retirement Plan for Employees of Royal Crown Bottling Company of Chicago.<br>(5-1) Unliquidated Priority Claim. See attached Statement in Support.<br>Claim invalid per docket #71 | $0.00 | $3,191,250.00 | $3,191,250.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-01988-BWB                                                              Date: August 3, 2017
Debtor Name: ROYAL CROWN BOTTLING COMPANY
OF CHICAGO
Claims Bar Date: 1/11/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | PENSION BENEFIT GUARANTY CORPORATIO Attn: Vicente Matias Murrell, Attorney Office of the Chief Counsel 1200 K Street, N.W., Suite 340 Washington, D.C. 20005-4026 | Unsecured Payment Status: Invalid | (6-1) Statutory Liability under 29 U.S.C. sections 1362 and 1368 for unfunded benefit liabilities of the Retirement Plan for Employees of Royal Crown Bottling Company of Chicago, Inc. (6-1) Unliquidated Priority Claim. See attached Statement in Support Claim invalid per docket #71 | $0.00 | $10,322,206.00 | $10,322,206.00 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Administrative Payment Status: Valid To Pay | Extended Check Description Notes from conversion: Bond Number 10BSBGR6291 | $0.00 | $90.92 | $90.92 |
| | Case Totals | | | $0.00 | $29,871,519.96 | $29,867,566.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                                                    Printed: August 3, 2017

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-01988
Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO
Trustee Name: Peter N. Metrou, Trustee

Balance on hand                                        $           188,254.57

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 15,058.44 | $ 0.00 | $ 15,058.44 |
| Trustee Expenses: Peter N. Metrou | $ 300.69 | $ 0.00 | $ 300.69 |
| Attorney for Trustee Fees: DAVID LLOYD | $ 7,770.00 | $ 7,770.00 | $ 0.00 |
| Attorney for Trustee Expenses: DAVID LLOYD | $ 1,247.77 | $ 1,247.77 | $ 0.00 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 3,047.00 | $ 0.00 | $ 3,047.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 252.68 | $ 252.68 | $ 0.00 |
| Other: International Sureties | $ 255.77 | $ 255.77 | $ 0.00 |
| Other: International Sureties | $ 106.71 | $ 106.71 | $ 0.00 |
| Other: International Sureties | $ 28.79 | $ 28.79 | $ 0.00 |
| Other: William Deutchman | $ 3,712.30 | $ 3,712.30 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        18,406.13

Remaining Balance        $        169,848.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,236.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | PENSION BENEFIT GUARANTY CORPORATIO | $          11,236.00 | $            0.00 | $          11,236.00 |

Total to be paid to priority creditors  $_____ 11,236.00

Remaining Balance  $_____ 158,612.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,311,094.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | SOFT DRINK INDUS. LOC.710 PEN. FUND | $     2,590,638.00 | $            0.00 | $          25,191.90 |
| 4B | PENSION BENEFIT GUARANTY CORPORATIO | $   13,720,456.00 | $            0.00 | $        133,420.54 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 158,612.44 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE