## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| ROYAL CROWN BOTTLING COMPANY OF CHI | ) | CASE NO. 12-01988 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

### NOTICE OF MOTION

To:    See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 14th day of August, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                         */s/ Peter N. Metrou*
                                                         **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Via First-Class Mail**

Cal 47th South Sites LLC
c/o Cook Financial, LLC
7449 North Natchez
Niles, IL 60714-3801

Clayton Anderson
605 18th Ave. West
Palmetto, FL 34221-4331

Continental Casualty Company
333 South Wabash
Chicago, IL 60604-4107

Estate of Frederick A. Weil
2300 Lincoln Park West
Suite 1120
Chicago, IL 60614-3481

Fred M. Adamany
2026 Harlem Blvd.
Rockford, IL 61103-4813

Hartford Casualty Insurance Company
501 Pennsylvania Parkway
Suite 400
Indianapolis, IN 46280-0014

Hillsborough County Tax Authorities
P.O. Box 172146
Tampa, FL 33672-0146

Hillsborough County Tax Collector
Attn Doug Belden
Po Box 172920
601 E. Kennedy Blvd 14th Floor
Tampa, FL 33602-4932

James R. Acanfora
642 Lake Trail Drive
Palos Park, IL 60464-2543

Jason J DeJonker
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5863

Linda Rutkowski
7114 Wirth Drive
Darien, IL 60561-3552

Michael R. Adamany
2108 Debbie Court
Naperville, IL 60565-2886

Much Shelist, P.C.
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606-1631

William Cambron
66 Lee Road 294
Smiths Station, AL 36877-2280

Pension Benefit Guaranty Corp.
1200 K Street, NW
Dept. of Ins. Supervision & Compl.
Washington, DC 20005-4026

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Reliance Insurance Company
3 Parkway
5th Floor
Philadelphia, PA 19102-1323

Royal Crown Bottling Company of
Chicago, Inc
P.O. Box 57
Bolingbrook, IL 60440-1087

Soft Drink Indus. Loc.710 Pen. Fund
200 West Jackson Blvd.
Suite 1900
Chicago, IL 60606-6942

Soft Drink Indus. Loc.710 Pen. Fund
300 S. Ashland Ave.
Chicago, IL 60607-2764

Soft Drink Industry Local 710 Pension
Fund (
Soft Drink Industry Local 710 Pension Fu
300 S. Ashland Ave.
Chicago, IL 60607-3848

The Northern Trust Company
50 South LaSalle St.
Floor B-4
Chicago, IL 60603-1003

Todd O. Wood
72 Henry Trail
Hamilton, GA 31811-3612

Travelers Casualty & Surety Co.
1 Tower Square
Hartford, CT 06183-0001

William M. Kinney
200 West Jackson Blvd.
Suite 1900
Chicago, IL 60606-6942

**Via ECF**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ROYAL CROWN BOTTLING COMPANY § Case No. 12-01988
OF CHICAGO §
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/15/2017 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/14/2017         By: /s/ Peter N. Metrou
                                    Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| ROYAL CROWN BOTTLING COMPANY § | Case No. 12-01988 |
| OF CHICAGO § | |
| § | |
| Debtor § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 236,168.73 |
| and approved disbursements of | $ 47,914.16 |
| leaving a balance on hand of[1] | $ 188,254.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 15,058.44 | $ 0.00 | $ 15,058.44 |
| Trustee Expenses: Peter N. Metrou | $ 300.69 | $ 0.00 | $ 300.69 |
| Attorney for Trustee Fees: DAVID LLOYD | $ 7,770.00 | $ 7,770.00 | $ 0.00 |
| Attorney for Trustee Expenses: DAVID LLOYD | $ 1,247.77 | $ 1,247.77 | $ 0.00 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 3,047.00 | $ 0.00 | $ 3,047.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 252.68 | $ 252.68 | $ 0.00 |
| Other: International Sureties | $ 255.77 | $ 255.77 | $ 0.00 |
| Other: International Sureties | $ 106.71 | $ 106.71 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties | $ 28.79 | $ 28.79 | $ 0.00 |
| Other: William Deutchman | $ 3,712.30 | $ 3,712.30 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 18,406.13 |
| Remaining Balance | $ | 169,848.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,236.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | PENSION BENEFIT GUARANTY CORPORATIO | $ 11,236.00 | $ 0.00 | $ 11,236.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 11,236.00 |
| Remaining Balance | $ | 158,612.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,311,094.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | SOFT DRINK INDUS. LOC.710 PEN. FUND | $ 2,590,638.00 | $ 0.00 | $ 25,191.90 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4B | PENSION BENEFIT GUARANTY CORPORATIO | $ 13,720,456.00 | $ 0.00 | $ 133,420.54 |
| | Total to be paid to timely general unsecured creditors | | $ | 158,612.44 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.