UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROYAL CROWN BOTTLING COMPANY | § | Case No. 12-01988 |
| OF CHICAGO | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                               Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  183,833.61        Claims Discharged
                                                     Without Payment:  NA

Total Expenses of Administration:  52,335.12

---

   3) Total gross receipts of $ 236,168.73  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 236,168.73  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,953.81 | $ 13,985.17 | $ 13,985.17 | $ 13,985.17 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 52,335.12 | 52,335.12 | 52,335.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 15,189.81 | 11,236.00 | 11,236.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,154,261.10 | 16,311,094.00 | 16,311,094.00 | 158,612.44 |
| **TOTAL DISBURSEMENTS** | $ 8,158,214.91 | $ 16,392,604.10 | $ 16,388,650.29 | $ 236,168.73 |

4) This case was originally filed under chapter 7 on 01/20/2012 . The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/26/2017            By:/s/Peter N. Metrou, Trustee
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undeveloped Property in Hillsborough County, Flori | 1110-000 | 115,000.00 |
| Checking Account: 006925XXXX Cole Taylor Bank 225 | 1129-000 | 21,990.15 |
| Money Market Account: 007116XXXX Cole Taylor Bank | 1129-000 | 6,646.24 |
| Reliance Insurance Company c/o Gallagher Bassett S | 1129-000 | 49,392.06 |
| Liquidation of Misc interests | 1229-000 | 15,640.28 |
| Preference/fraudulent settlement | 1241-000 | 27,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$236,168.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hillsborough County Tax Authorities P.O. Box 172146 Tampa, FL 33672-0146 | | 3,953.81 | NA | NA | 0.00 |
| | MAJESTY TITLE SERVICES, LLC | 4700-000 | NA | 13,985.17 | 13,985.17 | 13,985.17 |
| **TOTAL SECURED CLAIMS** | | | $ 3,953.81 | $ 13,985.17 | $ 13,985.17 | $ 13,985.17 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 15,058.44 | 15,058.44 | 15,058.44 |
| Peter N. Metrou | 2200-000 | NA | 300.69 | 300.69 | 300.69 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 252.68 | 252.68 | 252.68 |
| International Sureties | 2300-000 | NA | 391.27 | 391.27 | 391.27 |
| MAJESTY TITLE SERVICES, LLC | 2500-000 | NA | 2,472.12 | 2,472.12 | 2,472.12 |
| Associated Bank | 2600-000 | NA | 5,196.50 | 5,196.50 | 5,196.50 |
| CONGRESSIOANL BANK | 2600-000 | NA | 149.90 | 149.90 | 149.90 |
| CONGRESSIONAL BANK | 2600-000 | NA | 525.91 | 525.91 | 525.91 |
| ADAMANY, MICHAEL | 2990-000 | NA | 710.54 | 710.54 | 710.54 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID LLOYD | 3210-000 | NA | 7,770.00 | 7,770.00 | 7,770.00 |
| DAVID LLOYD | 3220-000 | NA | 1,247.77 | 1,247.77 | 1,247.77 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 3,047.00 | 3,047.00 | 3,047.00 |
| BROKER FEE | 3510-000 | NA | 11,500.00 | 11,500.00 | 11,500.00 |
| William Deutchman | 3991-000 | NA | 3,712.30 | 3,712.30 | 3,712.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 52,335.12 | $ 52,335.12 | $ 52,335.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4A | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 11,236.00 | 11,236.00 | 11,236.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HILLSBOROUGH COUNTY TAX COLLECTOR | 5800-000 | NA | 3,953.81 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 15,189.81 | $ 11,236.00 | $ 11,236.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clayton Anderson 605 18th Ave. West Palmetto, FL 34221 | | 0.00 | NA | NA | 0.00 |
| | Estate of Frederick A. Weil 2300 Lincoln Park West Suite 1120 Chicago, IL 60614 | | 0.00 | NA | NA | 0.00 |
| | Fred M. Adamany 2026 Harlem Blvd. Rockford, IL 61103 | | 0.00 | NA | NA | 0.00 |
| | James R. Acanfora 642 Lake Trail Drive Palos Park, IL 60464 | | 0.00 | NA | NA | 0.00 |
| | Linda Rutkowski 7114 Wirth Drive Darien, IL 60561 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Michael R. Adamany 2108 Debbie Court Naperville, IL 60565 |  | 0.00 | NA | NA | 0.00 |
|  | Pension Benefit Guaranty Corp. 1200 K Street, NW Dept. of Ins. Supervision & Compl. Washington, DC 20005-4026 |  | 4,463,568.10 | NA | NA | 0.00 |
|  | Soft Drink Indus. Loc.710 Pen. Fund 300 S. Ashland Ave. Chicago, IL 60607-2764 |  | 3,690,693.00 | NA | NA | 0.00 |
|  | The Northern Trust Company 50 South LaSalle St. Floor B-4 Chicago, IL 60603 |  | 0.00 | NA | NA | 0.00 |
|  | Todd O. Wood 72 Henry Trail Hamilton, GA 31811 |  | 0.00 | NA | NA | 0.00 |
|  | William Cambron 66 Lee Road 294 Smiths Station, AL 36877 |  | 0.00 | NA | NA | 0.00 |
|  | William M. Kinney, Esq. 200 West Jackson Blvd. Suite 1900 Chicago, IL 60606 |  | 0.00 | NA | NA | 0.00 |
| 4B | PENSION BENEFIT GUARANTY CORPORATIO | 7100-000 | NA | 13,720,456.00 | 13,720,456.00 | 133,420.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | SOFT DRINK INDUS. LOC.710 PEN. FUND | 7100-000 | NA | 2,590,638.00 | 2,590,638.00 | 25,191.90 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 8,154,261.10 | $ 16,311,094.00 | $ 16,311,094.00 | $ 158,612.44 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-01988 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | ROYAL CROWN BOTTLING COMPANY OF CHICAGO | | | Date Filed (f) or Converted (c): | 01/20/2012 (f) |
| | | | | 341(a) Meeting Date: | 02/15/2012 |
| For Period Ending: | 10/26/2017 | | | Claims Bar Date: | 01/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Undeveloped Property in Hillsborough County, Flori | Unknown | 0.00 | | 115,000.00 | FA |
| 2. Checking Account: 006925XXXX Cole Taylor Bank 225 | 21,989.59 | 21,989.59 | | 21,990.15 | FA |
| 3. Money Market Account: 007116XXXX Cole Taylor Bank | 6,646.24 | 6,646.24 | | 6,646.24 | FA |
| 4. Reliance Insurance Company c/o Gallagher Bassett S | Unknown | 0.00 | | 49,392.06 | FA |
| 5. Continental Casualty Company c/o Gallagher Bassett | Unknown | 0.00 | | 0.00 | FA |
| 6. Profits Participation Agreement for site commonly | Unknown | 0.00 | | 0.00 | FA |
| 7. Liquidation of Misc interests         (u) | Unknown | 0.00 | | 15,640.28 | FA |
| 8. Preference/fraudulent settlement         (u) | 0.00 | 27,500.00 | | 27,500.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $28,635.83        $56,135.83        $236,168.73        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidation of bank accounts 2/17/2012. Trustee working with the Pension Benefit Guaranty Company to transfer management of pension to federal agency 4/4/2012. Agreement with the PBGC approved for transfer of employee pension 9/12/2012.  Employed broker for FL RE- sold after price reduction 12/26/2013. Employed atty for pref and fraud transfers-settlement finalized 4/12/2014. Awaiting 3 years holding period for release of self insured workers compensation funds to be released early 2016, Working on resolving claims review issues continues between two claimants as to priority--trustee is awaiting resolution between two claimants 7-15-2016.

RE PROP #        8  --   Settlement proceeds for Preferential and fraudulent claims against officers of debtor corporation.

Initial Projected Date of Final Report (TFR): 12/31/2013        Current Projected Date of Final Report (TFR): 03/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-01988 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4853 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4008 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/26/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $140,639.89 | | $140,639.89 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $47.20 | $140,592.69 |
| 04/08/14 | 7 | TREASURY, U.S. US Disrict CourtChicago, IL | Unclaimed Funds #01-03786 | 1229-000 | $14,849.18 | | $155,441.87 |
| 04/12/14 | 8 | CHARTER ONE BANK Re: Officers of Royal Crown | Settlement on Pref/Fraud Transfers | 1241-000 | $27,500.00 | | $182,941.87 |
| 04/29/14 | 5001 | DEUTCHMAN, WILLIAM D. 28650 Fairmont Blvd.Pepper Pike, OH 44124-4538 | Per Court Order April 25, 2014 Collection Agent for Unclaimed Funds. | 3991-000 | | $3,712.30 | $179,229.57 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $241.03 | $178,988.54 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $266.81 | $178,721.73 |
| 06/17/14 | 5002 | ADAMANY, MICHAEL | PER 6-12-14 O/C REIMBURSE SHIPPING COSTS ON ABANDONED RECORDS | 2990-000 | | $710.54 | $178,011.19 |
| 06/24/14 | 5003 | LLOYD, DAVID 615B S. LaGrange Rd.LaGrange, IL 60525 | Per 6/20/14 o/c Atty for Trustee Fees $7,770.00 Atty for Trustee Costs $1,247.77 Period 9/7/12 to 4/8/14 | | | $9,017.77 | $168,993.42 |
| | | DAVID LLOYD | Per 6/20/14 o/c       ($7,770.00) | 3210-000 | | | |
| | | LLOYD, DAVID | Per 6/20/14 o/c       ($1,247.77) | 3220-000 | | | |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $255.40 | $168,738.02 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $251.12 | $168,486.90 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $250.49 | $168,236.41 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $242.07 | $167,994.34 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $249.76 | $167,744.58 |

Page Subtotals: $182,989.07   $15,244.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-01988 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4853 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4008 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/26/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $241.35 | $167,503.23 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $249.01 | $167,254.22 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $248.67 | $167,005.55 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $224.26 | $166,781.29 |
| 03/19/15 | 5004 | ADAMS LEVINE SURETY BOND AGENCY 60 EAST 42ND STREET, ROOM 965 NEW YORK, NY 10165 | BOND | 2300-000 | | $161.76 | $166,619.53 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $247.94 | $166,371.59 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $239.37 | $166,132.22 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $246.99 | $165,885.23 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $238.65 | $165,646.58 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $246.27 | $165,400.31 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $245.91 | $165,154.40 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $237.63 | $164,916.77 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $245.18 | $164,671.59 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $236.92 | $164,434.67 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $244.47 | $164,190.20 |
| 03/17/16 | 5005 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $90.92 | $164,099.28 |

Page Subtotals: $0.00  $3,645.30

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-01988
Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO
Taxpayer ID No: XX-XXX4008
For Period Ending: 10/26/2017

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX4853
Checking Account
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/16 | 4 | Reliance Insurance Company<br>Three Parkway<br>Philadelphia, PA 19102-1376 | Liquidation proceeds from Sch B Property | 1129-000 | $24,262.00 | | $188,361.28 |
| 02/07/17 | 5006 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND PAYMENT | 2300-000 | | $106.71 | $188,254.57 |
| 09/19/17 | 5007 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $15,359.13 | $172,895.44 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($15,058.44) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($300.69) | 2200-000 | | | |
| 09/19/17 | 5008 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $3,047.00 | $169,848.44 |
| 09/19/17 | 5009 | PENSION BENEFIT GUARANTY CORPORATIO<br>Attn: Vicente Matias Murrell, Attorney<br>Office of the Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 5400-000 | | $11,236.00 | $158,612.44 |
| 09/19/17 | 5010 | SOFT DRINK INDUS. LOC.710 PEN. FUND<br>200 West Jackson Blvd.<br>Suite 1900<br>Chicago, IL 60606 | Final distribution to claim 2 representing a payment of 0.97 % per court order. | 7100-000 | | $25,191.90 | $133,420.54 |
| 09/19/17 | 5011 | PENSION BENEFIT GUARANTY CORPORATIO<br>Pension Benefit Guaranty Corporation | Final distribution to claim 4 representing a payment of 0.97 % per court order. | 7100-000 | | $133,420.54 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $207,251.07 | $207,251.07 |
| Less: Bank Transfers/CD's | $140,639.89 | $0.00 |
| Subtotal | $66,611.18 | $207,251.07 |
| Page Subtotals: | $24,262.00 | $188,361.28 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

|  | $0.00 | $0.00 |
|---|---|---|
| Less: Payments to Debtors | | |
| Net | $66,611.18 | $207,251.07 |

Exhibit 9

Page Subtotals: $0.00 $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-01988 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX5874 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4008 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/26/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/17/12 | | ROYAL CROWN BOTTLING COMPANY OF CHI<br>1089 Zygmunt CircleWestmont, IL 60559 | LIQ OF CHECKING ACCOUNT | | $28,636.39 | | $28,636.39 |
| | | | Gross Receipts  $28,636.39 | | | | |
| | 2 | | Checking Account:  $21,990.15<br>006925XXXX Cole Taylor Bank 225 | 1129-000 | | | |
| | 3 | | Money Market Account:  $6,646.24<br>007116XXXX Cole Taylor Bank | 1129-000 | | | |
| 12/24/12 | 7 | GAMHC<br>(Great American Mutual Holding Company)c/o Computershare, INc.250 Royall St.Canton, MA 02021 | REFUND | 1229-000 | $791.10 | | $29,427.49 |
| 02/07/13 | 1001 | INTERNATIONAL SURETIES, LTD SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $28.79 | $29,398.70 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | $31.21 | $29,367.49 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4-13 | 2600-000 | | $30.19 | $29,337.30 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | $31.15 | $29,306.15 |
| 07/23/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 6/13 | 2600-000 | | $30.11 | $29,276.04 |
| 08/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 7/13 | 2600-000 | | $31.08 | $29,244.96 |
| 09/14/13 | | CONGRESSIONAL BANK | bank service fees - 8/13 | 2600-000 | | $31.05 | $29,213.91 |
| 09/24/13 | 4 | RELIANCE INSURANCE COMPANY Three ParkwayPhiladelphia, PA 19102-1376 | REFUND OF INS DEPOSIT | 1129-000 | $22,987.06 | | $52,200.97 |
| 10/10/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 9/13 | 2600-000 | | $34.75 | $52,166.22 |
| 11/12/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $55.38 | $52,110.84 |

Page Subtotals:  $52,414.55   $303.71

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-01988 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROYAL CROWN BOTTLING COMPANY OF CHICAGO | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX5874 |
| | Checking Account |
| Taxpayer ID No: XX-XXX4008 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/26/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 12/13 | 2600-000 | | $53.55 | $52,057.29 |
| 12/17/13 | 4 | RELIANCE INSURANCE COMPANY Three ParkwayPhililelphia, PA 19102-1376 | REFUND OF INS DEPOSIT | 1129-000 | $2,143.00 | | $54,200.29 |
| 12/26/13 | | MAJESTY TITLE SERVICES, LLC 4006 S. MacDill AvenueTampa, FL 33611 | SALE OF VACANT LAND | | $87,042.71 | | $141,243.00 |
| | | | Gross Receipts     $115,000.00 | | | | |
| | | BROKER FEE BROKER FEE | BROKER FESS     ($11,500.00) | 3510-000 | | | |
| | | | BACK TAXES     ($13,985.17) | 4700-000 | | | |
| | | | CLOSING COSTS     ($2,472.12) | 2500-000 | | | |
| | 1 | | Undeveloped Property in Hillsborough County, Flori     $115,000.00 | 1110-000 | | | |
| 02/06/14 | 1002 | INTERNATIONAL SURETIES, LTD SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | $255.77 | $140,987.23 |
| 02/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $62.26 | $140,924.97 |
| 02/08/14 | | CONGRESSIOANL BANK | BANK SERVICE FEES | 2600-000 | | $149.90 | $140,775.07 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEES | 2600-000 | | $135.18 | $140,639.89 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | $140,639.89 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $141,600.26 | $141,600.26 |
| Less: Bank Transfers/CD's | $0.00 | $140,639.89 |
| Subtotal | $141,600.26 | $960.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $141,600.26 | $960.37 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $89,185.71 | $141,296.55 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX4853 - Checking Account | $66,611.18 | $207,251.07 | $0.00 |
| XXXXXX5874 - Checking Account | $141,600.26 | $960.37 | $0.00 |
|  | $208,211.44 | $208,211.44 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $27,957.29 |
| Total Net Deposits: | $208,211.44 |
| Total Gross Receipts: | $236,168.73 |

Page Subtotals:  $0.00  $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*